IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL P. BOYER,<br><br>               Defendant. | 4:12MJ3065<br><br>**DETENTION ORDER** |

      After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending a preliminary hearing.

      Based on the evidence presented,, the court finds by clear and convincing evidence that defendant's release would pose a serious risk of harm to the community and risk of defendant's nonappearance at court proceedings, and no condition or combination of conditions of release will sufficiently ameliorate that risk.

      Specifically, the court finds:

      The evidence indicates the defendant has a propensity to harm, coerce and intimidate others, and he is being investigated for crimes by the Lincoln Police Department and Wisconsin law enforcement which, particularly in combination with the charges herein, provides a substantial incentive to flee.

Directions Regarding Detention

      The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

      September 28, 2012.

                                                                         BY THE COURT:

                                                                        *s/ Cheryl R. Zwart*
                                                                        United States Magistrate Judge